IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CHRISTOPHER C. CROMARTIE, | ) | CV 20-00242 LEK-RT |
| Plaintiff, | ) | |
| vs. | ) | |
| TONIA L. BROWN, CHARLES A. BROWN AND DEMETRIA BROWN, | ) | |
| Defendants. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on September 08, 2021, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Deny Plaintiff's Ex Parte Motion for Default Judgment", ECF No. 21 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, September 27, 2021.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge