IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHRISTOPHER C. CROMARTIE, ) | CV 20-00242 LEK-RT |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| TONIA L. BROWN, CHARLES A. ) | |
| BROWN, DEMETRIA BROWN, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on November 1, 2021, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Dismiss Plaintiff's Complaint with Leave to Amend," ECF No. 30, are adopted as the opinion and order of this Court. Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE, and Plaintiff is GRANTED leave to file an amended complaint by **January 10, 2022**.

Plaintiff is CAUTIONED that the failure to file his amended complaint by that date will result in the automatic dismissal of this action.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, DECEMBER 13, 2021.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

CHRISTOPHER C. CROMARTIE VS. TONIA L. BROWN, ET AL., CV 20-00242 LEK-RT, ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION